IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-02408-NYW | Date: December 4, 2015 |
|---|---|---|
| Courtroom Deputy: | Molly Davenport | FTR: NYW COURTROOM C-204 |

| Parties | Attorney(s) |
|---|---|
| GAMBRO RENAL PRODUCTS, INC, | *Alix LaSalle* |
| | *John Ruskusky* |
| | *Bill Kyriagis* |
| **Plaintiff,** | |
| v. | |
| JAVAD SEYEDZADEH | |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPOHNIC STATUS CONFERENCE**

Court in Session: 1:48   p.m.

Appearance of counsel.  Counsel does not appear on behalf of Defendant.

Discussion was held regarding [10] Agreed Motion to Reset Dates.

**ORDERED:   Agreed Motion to Reset Dates [10] is GRANTED.  The Scheduling Conference is reset to January 14, 2016 at 11:00 a.m. before Magistrate Judge Nina Wang. The consent form is due on or before December 23, 2015.**

Court in Recess: 1:55 p.m.         Hearing concluded.         Total time in Court: 00:07

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.